# CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
DAY 8

### held on WEDNESDAY, 09-23-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

8:30AM   -   Conference in Chambers

9:00AM   -   Court reconvened

        -   Direct exam of Stephen Petty by Tim O'Brien
           Exhs P1.5416; P1.716; P1.363; P1.363.2;
           P1.2039;

10:30am  -   Recess

10:45am  -   Continuation of Stephen Petty's Direct exam by Tim O'Brien
           Exhs: P-1.2043; P1.176; P1-8; P1.8.2; P1.754; P1.8232;
           P1.8232.3; P1.364; P1.822; P.822.2; P1.918;
                                           P1.8
                                           232.3
                                           ;P1.8

                     232.6; P1.507; P1.8276; P1.7182;

P1.7182.7; D.265;

| | | |
|---|---|---|
| 12:00pm | - | Lunch Recess |
| 1:05pm | - | Continuation of Stephen Petty's Direct exam by Tim O'Brien<br>Exhs:  P1.925; P1.925.6; P1.467; P1.447; P1.46; P.1.909; P.1.909.9; P1.283; P1.283.6; P1.283.7; P1.283.19; |
| 2:05pm | - | Cross exam of Stephen Petty by Mr Mace<br> D-1435; D-613; D613.10; D-20; D-169; D-1439; D-376; D-261; D-251; D-251.2; D-763; D-764; D-766; D-767; |
| 3:00pm | - | Afternoon recess |
| 3:15pm | - | Continuation of Cross exam of Stephen Petty by Mr Mace<br> Exh. D-16; D-265; D-372; D-372.13; P1.4893.2; D-1162; D-1942; D-1927; D-1885; D-759; D-761; P1.8.2;  P1.176; P1.283;  P1.363;  P1.364;  P1.8232; P1.8276; P1.754; P1.762; P1.770; P1.798; P1.908; |

                    P1.909; D-1970; D-920; P1.62; D-1973; P1.577;

4:50pm   -   Redirect exam of Stephen Petty by Tim O'Brien
D-1970; P1.8; P1.754; D-1927; D-1927.2; D-767; D-767.5; P1.911;

5:00pm   -   ReCross exam of Mr Petty by Mr Mace

5:05pm   -   Court Adjourned until Thursday, 9:00am. Counsel to meet at 8:30am in Chambers

(7 hours)

Laura Byrum, Denise Errett, Court Reporters
Penny Barrick, Law Clerk
Andy Quisumbing, Courtroom Deputy