# CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
DAY 9

### held on THURSDAY,  09-24-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

| | | |
|---|---|---|
| 8:30AM | - | Conference in Chambers |
| 9:10AM | - | Court reconvened |
| | - | Testimony of William Fayerweather via Video Deposition |
| 9:55am | - | Recess |
| 10:10am | - | Direct exam of Plaintiff Carla Marie Bartlett by Gary Douglas |
| 11:50am | - | Lunch recess |
| 1:00pm | - | Conference with Counsel |
| 1:20pm | - | Continuation of Direct exam of Plaintiff Carla Marie Bartlett by Gary Douglas |
| 1;30pm | - | Cross exam of Ms Bartlett by Ms Stephanie Niehaus |

| | | |
|---|---|---|
| 2:05pm | - | Redirect exam of Plaintiff Carla Marie Bartlett by Gary Douglas |
| 2:10pm | - | No recross |
| | - | Jurors excused for the week until Monday |
| 2:20pm | - | Recess |
| 2:40pm | - | Conference with Counsel |
| | - | Recess |
| 3:15pm | - | Rule 50 Motion by Mr Fazio |
| 3:35pm | - | Response by Mike Papantonio |
| | - | Motion denied on 3 claims |
| 3:45pm | | Court Adjourned until Monday, 9:00am. Counsel to meet at 8:30am in Chambers |

(6 hours)

Laura Byrum, Denise Errett,
Shawna Evans ,Court Reporters
Penny Barrick,  Law Clerk
Andy Quisumbing, Courtroom Deputy