## CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
### DAY 10

### held on MONDAY, 09-28-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

8:30AM  -  Conference in Chambers

9:10AM  -  Court reconvened

- Plaintiff rests

- Direct exam of Defendant's 1st witness, Paul Bossert, by CraigWoods
  Exhs: D-796; D-742; P1.4652;  D-1096;  D-1102;

10:0am  -  Cross exam of Mr Bossert by Tim O'Brien-
  P1.4680;  P1.4680.4; P1.4652; D-1096; P1.43;
  P1.4652.2; P.43;  P1.4652.2; P.384; P1.526;
  D-796 ; P-612;

11:55am  -  Lunch Recess

1:05pm  -  Continuation of Mr Bossert's Cross exam by Mr O'Brien

        Exh. P1.612.7; D-768; P1.911; P1.4687;
        P1.8181; P.6579; D-1102.7; P1.925; P1.176;
        D-1102.7; P1.466; P1.908; P1.166; P1.287;
        P1.1; P1.4828; P1.74;P1.4847; P1.4841;


3:00pm - Recess

3:15pm - Redirect exam of Mr Bossert by Mr Woods
       D-767; D-250; P1.4847;

3:45PM - Recross exam of Mr Bossert by Mr O'Brien

3:46m - Direct exam of Mr Anthony Playtis by Mr Mace
     Exhs. D-2454; D-704;  D-14;  D-724; D-676; D-712;
      D-1936;  D-617;

5:00pm Court Adjourned until Tuesday, 9:00am. Counsel to meet at 8:30am in Chambers

(7 hours)


Shawna Evans, Denise Errett, Laura Byrum,
Court Reporters
Penny Barrick,  Law Clerk
Andy Quisumbing, Courtroom Deputy