# CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
DAY 11

### held on TUESDAY, 09-29-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

8:30AM    -    Conference in Chambers

9:10AM    -    Court reconvened

            -    Continuance of Direct exam of Dr Anthony Playtis by Mr Mace
                Exhs  D-278;  D-280; D-670; D-16;D-1430;
                D-376; D-378; D-887; D-889; D-726; D-79;
                D-338; D-730; D-1414;D-1428; D-252; D-104;
                D-740; D-741; D-894; D-285;

10:30am   -    Recess

10:45am   -    Cross exam of Dr Playtis by Mr Papantonio
                P1.977 ;  P1.977.2; P1.609; P1.834; P1.577; P1.1044;
                P1.1045; P1.991; P1.945; P.13001; P1.835; P1.4465;

11:55am   -    Lunch recess

1:05pm - Continuation of Dr Playtis' cross exam of Mr Papantonio
  Exhs. P1.789; P1.965; P1.7119; P1.972; P1.992; P1.2463;P1.3299; P1.002; P1.6579;

2:55pm - Recess

3:15pm - Continuation of Dr Playtis' cross exam of Mr Papantonio
  P1.876; P1.911; P1.1042; P1.876; P.241; P1.191; P1.2094; P1.94; P1.8276; P1.176;P1.563;

3:40pm - Redirect exam of Dr Playtis by Mr Mace
  Exh P1.977; P1.1044;P1.1045; P1.835; P1.834; P1.789; P1.2463; P1.2094; P1.94; D-1970; P1.176; P1.563; D-613;

- No recross

5:05pm - Jurors excused

- Conference with counsel

5:10pm Court Adjourned until Wednesday, 9:00am. Counsel to meet at 8:30am in Chambers

(7 hours)

Lahan Dufour, Shawna Evans, Denise Errett,

Court Reporters
Penny Barrick, Law Clerk
Andy Quisumbing, Courtroom Deputy