**CIVIL MINUTES**
C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

# CIVIL JURY TRIAL
## DAY 12
## held on TUESDAY, 09-30-2015
## 9:00 AM
## before Chief Judge Edmund A. Sargus, Jr.

| | | |
|---|---|---|
| 9:00 AM | - | Dft calls Dr. Michael Dourson - sworn in<br>Direct exam by Damond Mace<br>Cross exam by Gary Douglas |
| 10:30 AM | - | Break |
| 10:45 AM | - | Re-direct by Damond Mace<br>Re-cross by Gary Douglas<br>Exhs: D2455; D613; D1812; P1.3232 |
| Noon | - | Break for lunch |
| 1:00 PM | - | Dft calls Dr. Michael Dourson - sworn in<br>Direct exam by Damond Mace<br>Cross exam by Gary Douglas |
| 3:00 PM | - | Break |
| 3:15 PM | - | Re-direct by Damond Mace<br>Re-cross by Gary Douglas<br>Exhs: D1461, D2456; D2029; D2032; P1.6672; D2457; D1492; D2458; P1.3135 |
| 4:40 PM | - | Video Deposition of Dr. Bruce Carr (on behalf of dft)<br>Exh: P1. 3135 |
| 5:00 PM | - | Jurors excused |
| 5:40 PM | - | Court adjourned until October 1, 2015 at 9:00 AM |

Court Reporters:   Lahana DuFour, Shawna Evans, Denise Errett
Law Clerk:         Penny Barrick
Courtroom Deputy:  Sherry Nichols