**CIVIL MINUTES**
2:13-CV-170
Clara Marie Bartlett vs. E. I. DuPont

**CIVIL JURY TRIAL**
DAY 13
**TUESDAY, OCTOBER 1, 2015**
9:00 AM
**CHIEF JUDGE EDMUND A. SARGUS, JR.**

| | | |
|---|---|---|
| 9:00 AM | - | Dft. recalls Dr. Bruce Carr (via Video Deposition) |
| | | Exh: P1.14; P1.16; P1.20; P1.61 and P1.77 |
| 9:30 AM | - | Deft calls Dr. Robert Rickard - witness sworn |
| | | Direct exam by Damond Mace |
| | | Dft. Exhs: 1469;1102;1251;1214;385;387;1430;262; |
| | | 1435;20;379;1018;613;348;1460;983 |
| 10:30 AM | - | Break |
| 10:45 AM | - | Continued direct of Dr. Robert Rickard |
| | | Dft. Exhs: 251;610; 2452;2312;2146;1119 |
| | | Exhs: P1.331 and 352 |
| 12:00 PM | - | Break for lunch |
| 1:00 PM | - | Continued direct of Dr. Robert Rickard |
| | | Dft. Exhs: 10;1190;25;2136;23381062;311;318;857 |
| | | Exh: P1.2009 |
| 2:15 PM | - | Break |
| 2:45 PM | - | Cross exam by Timothy O'Brien |
| | | Plt. Exhs: P1.837;Dft. Exh: 1119;Dft. Exh: 1469; Plt. Exh: P1.558; |
| | | Plt. Exh: P1.5237;Dft. Exh: 265;Plt. Exh: P1.925;Dft. Exhs: 1190; |
| | | 2338 and 2146; Plt. Exhs: P1.409;P1.178;P1.8366 and P1.908 |
| 5:00 PM | - | Jurors excused |
| 5:05 PM | - | Court adjourned until October 2, 2015 at 9:00 AM |

| | |
|---|---|
| Court Reporters: | Lahana DuFour, Darla Coulter, Shawna Evans |
| Law Clerk: | Penny Barrick and Nina Tandon |
| Courtroom Deputy: | Lisa Wright |