# CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
DAY 15

### held on MONDAY, 10-05-2015
10:30 AM
before Chief Judge Edmund A. Sargus, Jr.

10:30AM  -     Court reconvened

         -     Jury Instructions

11:55am    Recess

1:30pm   -     Offering of Exhibits

               Objections and Admission of Exhibits


4:30pm    Court Adjourned until Tuesday, 9:00am.  Counsel to meet at 8:30am in Chambers

(5 hours)

Lahana Dufour,
Court Reporter
Penny Barrick, Nina Tandon, Law Clerks
Andy Quisumbing, Courtroom Deputy