## CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

## CIVIL JURY TRIAL
## DAY 16

### held on TUESDAY, 10-06-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

8:30AM   -   Conference in Chambers

9:00am   -   Court  reconvened

                -   Closing Argument by Mike  Papantonio

10:20m   -   Recess

10:35am   -   Closing Argument by Gary Douglas

11:35am   -   Jurors excused;
                      conference with counsel

11:40am   -   Lunch Recess

1:55pm   -   Closing Argument by Damond Mace

| | | |
|---|---|---|
| 2:15pm | - | Recess |
| 2:45pm | - | Continuation of Mr Mace's Closing Argument |
| 3:11pm | - | Final Argument by Mike Papantonio |
| 3:30pm | - | Recess |
| 3:45pm | - | CHARGE TO THE JURY |
| 4:20pm | - | Jurors out for deliberation |
| 5:00pm | - | Jurors excused for the day. |
| | | Court adjourned until the return of the Jury |

(7 hours)

Lahana Dufour, Shawna Evans
Court Reporters
Penny Barrick, Nina Tandon, Law Clerks
Andy Quisumbing, Courtroom Deputy