# CIVIL MINUTES

C2- 13-170
Carla Marie Bartlett vs E.I. DuPont

# CIVIL JURY TRIAL
## DAY 17

### held on WEDNESDAY, 10-07-2015
### 9:00 AM
### before Chief Judge Edmund A. Sargus, Jr.

9:00am    -    Jurors out for deliberation

9:30am    -    Jurors' Question
               (See attached)

4:10pm    -    VERDICT
               - In favor of Plaintiff on her negligence claim
               - In favor of Plaintiff on her negligent infliction
                 of emotional distress claim

5:00pm    -    Court adjourned

(7 hours)


Shawna Evans
Court Reporters
Penny Barrick, Nina Tandon, Law Clerks
Andy Quisumbing, Courtroom Deputy



𝕵𝖚𝖉𝖌𝖊'𝖘 𝕮𝖍𝖆𝖒𝖇𝖊𝖗𝖘
𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
𝖋𝖔𝖗 𝖙𝖍𝖊 𝕾𝖔𝖚𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕺𝖍𝖎𝖔
301 𝕵𝖔𝖘𝖊𝖕𝖍 𝕻. 𝕶𝖎𝖓𝖓𝖊𝖆𝖗𝖞 𝖀.𝕾. 𝕮𝖔𝖚𝖗𝖙𖍵𝖔𝖚𝖘𝖊
85 𝕸𝖆𝖗𝖈𝖔𝖓𝖎 𝕭𝖔𝖚𝖑𝖊𝖛𝖆𝖗𝖉
𝕮𝖔𝖑𝖚𝖒𝖇𝖚𝖘, 𝕺𝖍𝖎𝖔 43215

𝕰𝖉𝖒𝖚𝖓𝖉 𝕬. 𝕾𝖆𝖗𝖌𝖚𝖘, 𝕵𝖗.
𝕮𝖍𝖎𝖊𝖋 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊

(614) 719-3240

October 7, 2015

Members of the Jury:

You have asked the following question:

> Can we see the Scientific report that determined 0.05PPB is determined?

Answer:

> The findings of the Science Panel (0.05ppb ingested for more than one year) are not in dispute and consequently the report issued has not been admitted into evidence. Therefore, I am unable to grant your request.

Very truly yours,

EDMUND A. SARGUS, JR.
United States District Judge