## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CARLA MARIE BARTLETT,**

       **Plaintiff,**

                            **Case No. 2:13-cv-170**

    **v.**                            **CHIEF JUDGE EDMUND A. SARGUS, JR.**

**E.I. DU PONT DE NEMOURS
AND COMPANY,**

       **Defendant.**


## JURY VERDICT FORM FOR NEGLIGENCE CLAIM

    1. Do you find in favor of Mrs. Bartlett on her negligence claim?

Yes: 
No: _____

(All must agree)

[text redacted]

If your answer to Question 1 is "Yes," then answer the next question.
If your answer to Question 1 is "No," do not answer the following question.

    2. If you found in favor of Mrs. Bartlett, what damages, if any, do you find Mrs. Bartlett is entitled to on her negligence claim?

$ 1.1 million

(All must agree)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CARLA MARIE BARTLETT,**

**Plaintiff,**

**v.**

**Case No. 2:13-cv-170**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**

**E.I. DU PONT DE NEMOURS**
**AND COMPANY,**

**Defendant.**

## JURY VERDICT FORM FOR NEGLIGENT INFLICTION OF SERIOUS EMOTIONAL DISTRESS CLAIM

1. Do you find in favor of Mrs. Bartlett on her negligent infliction of emotional distress claim?

Yes: ✗
No: _____

(All must agree)



If your answer to Question 1 is "Yes," then answer the next question.
If your answer to Question 1 is "No," do not answer the following question.

2. If you found in favor of Mrs. Bartlett, what damages, if any, do you find Mrs. Bartlett is entitled to on her negligent infliction of emotional distress claim?

$ 500,000

(All must agree)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CARLA MARIE BARTLETT,**

        **Plaintiff,**

          **v.**

**E.I. DU PONT DE NEMOURS
AND COMPANY,**

        **Defendant.**

**Case No. 2:13-cv-170**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**

## JURY VERDICT FORM FOR DAMAGES TOTAL

If you found that Mrs. Bartlett was entitled to damages on either of her claims, what is the total sum of the amount of damages you found Mrs. Bartlett is entitled to, without duplicating any damages?

$ __1.6 million__

(All must agree)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CARLA MARIE BARTLETT,**

       **Plaintiff,**

    **v.**

                    **Case No. 2:13-cv-170**
                    **CHIEF JUDGE EDMUND A. SARGUS, JR.**

**E.I. DU PONT DE NEMOURS
AND COMPANY,**

       **Defendant.**

## JURY VERDICT INTERROGATORY

      If you found in favor of Mrs. Bartlett on either of her claims, do you find that Mrs. Bartlett has proven by clear and convincing evidence that DuPont acted with actual malice and that Mrs. Bartlett has presented proof of actual damages that resulted from those acts or failures to act of DuPont?

                    Yes:_____
                    No:  X\_\_\_\_

(All must agree)

