# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

`                                        Eastern Division

**CARLA MARIE BARTLETT,**
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**E.I. DU PONT DE NEMOURS**    CASE No. **C2-13-170**
**AND COMPANY,**    .    **Chief Judge Edmund A. Sargus, Jr.**
    Defendant.    Magistrate Judge Elizabeth Preston Deavers

X    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

____    **Decision by Court.**  A decision has been rendered by the Court.

    **Pursuant to the Jury Verdict filed 10/07/2015  (Doc.#142), Judgment is hereby entered in favor of  Plaintiff and is entitled to a total sum of damages,  $1.6 million.**

    **This case is DISMISSED.**

Date: October 8,  2015    RICHARD NAGEL,  CLERK

    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk